**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 97-10179**
**Summary Calendar**
_____

**LEON COLLINS,**

**Plaintiff-Appellant,**

**versus**

**ELIZABETH WILSON ET AL.,**

**Defendants-Appellees.**

_____

**Appeal from the United States District Court**
**for the Northern District of Texas**
**( 1:96-CV-160-C )**
_____

August 21, 1997

Before Wiener, Barksdale, and Emilio M. Garza, Circuit Judges.

PER CURIAM:[*]

Leon Collins, Texas prisoner #566960, appeals the dismissal, pursuant to 28 U.S.C. § 1915A, of his 42 U.S.C. § 1983 complaint. Collins contends that: (1) prison officials retaliated and harassed him for filing grievances; (2) prison officials violated his due process rights because he was not allowed to present witnesses and other evidence at a disciplinary hearing; (3) he was unlawfully denied "good time" credits; (4) he was subject to an unlawful

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

search and seizure of his property; (5) he has a protected liberty interest in receiving a fair disciplinary hearing; and (6) he has "sufficiently alleged personal involvement of all prison officials named as defendants".

Pursuant to our review of the record, we **AFFIRM** the dismissal for essentially the reasons stated by the district court. *See Collins v. Wilson*, No. 1:96-CV-160-C (N.D. Tex. Jan. 24, 1997).

*AFFIRMED*